**STATE of Missouri, Respondent,**

v.

**Rodney W. WRIGHT, Appellant.**

No. WD 45460.

Missouri Court of Appeals,
Western District.

April 27, 1993.

Gary E. Brotherton, Columbia, for appellant.

Jeremiah Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of receiving stolen property, § 570.080, RSMo 1986.

Affirmed. Rule 30.25(b).